

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00752-CV

**IN RE GUARDIANSHIP OF** Hattie **POOLE**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2014-PC-4118
Honorable David Peeples, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Hattie Poole.

SIGNED June 15, 2016.

_____
Karen Angelini, Justice